# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Winters, Jr., | No. CV-23-02427-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| United Energy Partners LLC, | |
| Defendant. | |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation of Dismissal (Doc. 15) is **granted**;

2. That Plaintiff's claims are **dismissed with prejudice**;

3. That the putative class's claims are **dismissed without prejudice**;

4. That each party shall bear its own costs and attorneys' fees; and

5. That the Clerk of Court shall terminate this action.

Dated this 7th day of March, 2024.

Honorable Steven P. Logan
United States District Judge